NO. 07-02-0220-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D 

MAY 7, 2003

______________________________

LIBERTY MUTUAL INSURANCE COMPANY AND

COLONIAL COUNTY MUTUAL INSURANCE COMPANY,

Appellants

v.

OLD AMERICAN COUNTY MUTUAL FIRE INSURANCE COMPANY, 

Appellee

_________________________________

FROM THE 181
ST
 DISTRICT COURT OF POTTER COUNTY;

NO. 86,292-B; HON. JOHN B. BOARD, PRESIDING 

_______________________________

Before QUINN, REAVIS, and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellants Liberty Mutual Insurance Company and Colonial County Mutual Insurance Company and appellee Old American County Mutual Fire Insurance Company, by and through their attorneys, have filed a joint motion to dismiss this appeal with prejudice because they no longer desire to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal with prejudice.  Having dismissed the appeal at the parties’ request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

   Justice